

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     In the Interest of E.S.T., a/k/a E.T., a child

Appellate case number:   01-21-00088-CV

Trial court case number:  2019-01176J

Trial court:             315th District Court of Harris County

    Appellant, L.D., filed an unopposed motion for an extension of time in which to file his brief. The motion is **granted**. **The brief of appellant, L.D., is due to be filed no later than Wednesday, April 14, 2021.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

    This appeal involves the termination of the parent-child relationship. This Court is required to bring the appeal to final disposition within 180 days of February 19, 2021, the date the notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. **Accordingly, no further extensions will be granted.**

    It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                Acting individually

Date: March 18, 2021